IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAIDE MUNGUIA,

    Petitioner,                No. 2:11-cv-2082 KJN P

    vs.

RANDY GROUNDS,

    Respondent.              <u>ORDER</u>

                               /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with an application to proceed in forma pauperis and certified trust account statement. However, petitioner did not sign the in forma pauperis affidavit. Rule 11 of the Federal Rules of Civil Procedure require all litigants to sign documents submitted to the court. <u>Id.</u> Therefore, petitioner will be provided the opportunity to submit a properly signed application. Petitioner need not provide another certified trust account statement. Petitioner is cautioned that failure to comply with this order may result in a recommendation that this action be dismissed.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, the attached and completed notice of submission form, and a signed application to proceed in forma pauperis; and

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED:  August 15, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mung2082.101a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAIDE MUNGUIA,

     Petitioner,          No. 2:11-cv-2082 KJN P

     vs.

RANDY GROUNDS,          NOTICE OF SUBMISSION

     Respondent.

_____/

     Petitioner hereby submits the following document in compliance with the court's order filed _____:

     _____     Signed application to proceed in forma pauperis. (Certified trust account statement provided on August 5, 2011, Dkt. No. 2.)

DATED:

                                      _____
                                      Petitioner