1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11
12    **TAIDE MUNGUIA,**                    Case No. 2:11-cv-02082 KJN P

                               Petitioner,    [~~PROPOSED~~] **ORDER**
13
                v.
14
15    **RANDY GROUNDS, Warden,**

16                              Respondent.

17
18         For good cause shown, IT IS HEREBY ORDERED that the time for filing respondent's

19    responsive pleading is extended through and including June 11, 2012.

20    **Date:  5/9/2012**

21
                                    _____
22                                  KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

                                    1