IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**TAIDE MUNGUIA,**

                Petitioner,

v.

**RANDY GROUNDS, Warden,**

                Respondent.

Case No. 2:11-cv-02082 KJN P

[~~PROPOSED~~] ORDER

For good cause shown, IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including June 11, 2012.

**Date:  5/9/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1